ZACHARIAH HARVEY

V.

THE STATE OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

FEB 05 2015

CHRISTOPHER A. PRINE
CLERK

JANUARY 30, 2015

MAILED CASE NO 14-13-00724-CR
2/2/15    T.C. CASE 1311763
                    PD-1386-14

## MOTION FOR COPY OF CLERKS LOG

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:
COMES NOW ZACHARIAH HARVEY, WHOM IS INCARCERATED PRO SE
AND INDIGENT LITIGENT. SPELLMAN 819 SW2d 406 T.C.C.P 145
T.R.A.P 20.1 HIGGENS 257 SW3d 654.
I AM A COPY OF THE CLERKS LOG AS IT PERTAINS TO THE ABOVE
CAUSE, CASE, & PD #'s
WHEREFORE PREMISES CONSIDERED, THE DEFENDANT PRAYS THAT THIS
COURT GRANT THIS MOTION IN ALL THINGS CONSIDERED GRANT THIS
MOTION.

PAUPERS OATH
§ 132.003 TEX. CIV. PROC + REMEDIES CODDES

## CERTIFICATE OF SERVICE

THIS IS TO BE A TRUE AND CORRECT COPY OF THE ABOVE AND
FOREGOING IS RETAINED.

Zachariah Harvey
PRO SE DEFENDANT